UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE APPLICATION OF APOSTOLOS :
MANGOURAS, for an Order Pursuant to :
28 U.S.C. §1782 to Conduct Discovery for Use :
in Foreign Proceedings :
                                                                    : 17-MC 17 MISC 172
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/17

## ORDER

This matter having come before the Court upon the application of Applicant Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings, and the Court having considered the application, and for good cause shown:

It is on this 24th day of May, 2017, **ORDERED** as follows:

1. Applicant's Application for discovery is approved;

2. Applicant is authorized to serve the Subpoenas in the form attached to the Ex Parte Application as Exhibit A;

3. Brian Starer, Esq., Squire Patton Boggs, and Holland & Knight, LLP are compelled to produce documents requested in Schedule A of the Subpoena within 30 days of the Court's Order on the Application; and

4. Mr. Starer and the record custodians of the Respondent law firms are compelled to give depositions for use in the proceedings in the Spanish Querella Criminal and the European Court of Human Rights within 30 days of the production of the documents identified in the subpoenas.

                                                                     Victor Marrero
                                      Honorable United States District Judge

Part 1