60 EAST 42ND STREET, SUITE 1638
NEW YORK, NY 10165
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM



# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

November 6, 2017

*Via ECF and facsimile-212-805-7949*
Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** **In re Application of Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings from Squire Patton Boggs (US) LLP and Brian Starer,**
>
> **Consolidated with**
>
> **In re Application of Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings from Charles Cushing and C.R.Cushing & Co.**
>
> **Docket No.: 17-mc-00172**
> **TLO File No. 0806**

Honorable Sir:

We are attorneys for the Applicant, Apostolos Mangouras, in the above cited consolidated matters. On November 3, 2017, we submitted a letter requesting the Court deny Respondents' request seeking permission to file a Motion for a Stay (ECF No. 63). This letter may have crossed with Your Honor's Order (ECF No. 64). Out of an abundance of caution, we are writing merely to advise the Court that, in accordance with the Court's memo endorsement of November 3, 2017 (ECF No. 64), we will be filing a response to the Respondents' Motion for a Stay. We will file this response on or before November 8, 2017.

We appreciate Your Honor's attention to this matter.

Respectfully yours,

Thomas L. Tisdale

mt