

**SQUIRE PATTON BOGGS**

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York  10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Victor Genecin
T   +1 212 872 9889
victor.genecin@squirepb.com

November 8, 2017

*Application GRANTED.*
*SO ORDERED*
*/s/ PKC USDJ*
*11-9-17*

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY  10007-1312

Re:   *IN RE APPLICATIONS OF APOSTOLOS MANGOURAS,*
      **Case No. 17 Misc. 00172**
      <u>Respondents' Motion for a Stay Pending Appeal</u>

**MEMO ENDORSED**

Dear Judge Castel:

We represent Respondents in the above-referenced case, and write to request the opportunity to submit a Reply Memorandum of Law, as we did not expect our pre-motion letter to be taken as the totality of our submission on the issue of Respondents' entitlement to a stay pending appeal, and in view of the lengthy papers filed this evening by Applicant.

We would file our Reply Memorandum on Tuesday, November 14, 2017.

We are grateful for the Court's courtesies and attention to this matter.

Respectfully,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Victor Genecin*

Victor Genecin

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-17
```

cc:   Thomas L. Tisdale, Esq. (by e-mail w/o attachments)
      Sean Sheely, Esq., Holland & Knight LLP (by e-mail w/o attachments)
      H. Barry Vasios, Esq., Holland & Knight LLP (by e-mail w/o attachments)

46 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8552-5817/1/AMERICAS