

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York  10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Victor Genecin
T   +1 212 872 9889
victor.genecin@squirepb.com

December 7, 2017

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY  10007-1312

Re:   *IN RE APPLICATIONS OF APOSTOLOS MANGOURAS,*
      *Case No. 1:17-mc-172 (PKC)*

Dear Judge Castel:

We represent Respondents in the above-referenced case, and write concerning the attached Order of the Court of Appeals, received this afternoon.

In its Order, the Court of Appeals writes:

> The District Court order granting the § 1782 request leaves open issues of privilege.

In fact, your Honor's Order (ECF Doc. No. 59) did not resolve issues of Spanish privilege.  Such being the case, and in view of the fact that, pursuant to § 1782:

> A person may not be compelled to give his testimony or statement or produce a document or other thing in violation of any legally applicable privilege,

28 U.S.C. § 1782, we respectfully request the opportunity to brief the privilege issues raised by this case.  We would submit our memorandum of law on December 15, 2017.

We are grateful for the Court's courtesies and attention to this matter.

46 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8560-4077/1/AMERICAS

Squire Patton Boggs (US) LLP                                              Hon. P. Kevin Castel
                                                                         United States District Judge
                                                                         December 7, 2017

Respectfully,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Victor Genecin*

Victor Genecin

cc:   Thomas L. Tisdale, Esq. (by e-mail)
      Sean Sheely, Esq., Holland & Knight LLP (by e-mail)
      H. Barry Vasios, Esq., Holland & Knight LLP (by e-mail)

Case 17-3633, Document 61, 12/07/2017, 2287317, Page1 of 3

S.D.N.Y.–N.Y.C.
17-mc-172
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand seventeen.

Present:
    José A. Cabranes,
    Debra Ann Livingston,
    Susan L. Carney,
        *Circuit Judges*.

_____

Apostolos Mangouras,
        *Petitioner-Appellee*,

    v.                                  17-3633

Squire Patton Boggs, Brian Douglas Starer, Esq.,
C.R. Cushing & Co. Inc., Charles R. Cushing,
        *Respondents-Appellants*,

Holland & Knight LLP,
        *Respondent*.

_____

Appellants move for a stay of the District Court's orders granting Appellee's request for discovery under 28 U.S.C. § 1782. Upon due consideration, it is hereby ORDERED that Appellants' motion for a stay is DENIED. *See U.S. S.E.C. v. Citigroup Glob. Mkts., Inc.*, 673 F.3d 158, 162 (2d Cir. 2012). It is further ORDERED that Appellee's motion to expedite consideration of the stay motion is DENIED as moot.

The District Court order granting the § 1782 request leaves open issues of privilege. The parties' merits briefs should address, among any other issues, the effect of those open issues on the finality of the order as it relates to this Court's jurisdiction.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 12/07/2017