

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York  10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Victor Genecin
T   +1 212 872 9889
victor.genecin@squirepb.com

January 12, 2018

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Upon the representation that the parties consent, the revised schedule is approved.

SO ORDERED

1-16-2018

*/s/ P. Kevin Castel*

**Re:** ***IN RE APPLICATIONS OF APOSTOLOS MANGOURAS***
Pursuant to 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings
Case No. 1:17-mc-172 (PKC)

_____

Dear Judge Castel:

We represent Respondents in the above-referenced consolidated matters and write with the agreement of counsel for the Applicant to request an extension of the deadlines set by the Court in its Memo Endorsement (ECF No. 83), setting dates for Respondents to produce documents.

The parties have agreed, subject to the Court's approval, to the following new deadlines:

    1.    February 2, 2018 - delivery of the Cushing Respondents' privilege log together with any supplemental production of documents by the Cushing Respondents; and,

    2.    March 1, 2018 - production by the Squire Respondents of electronic documents concerning Messrs. Kostazos and Alevizos, together with the Squire Respondents' log of responsive documents concerning Messrs. Kostazos and Alevizos withheld on grounds of privilege.

No previous request has been made to extend any deadline set by the Court in ECF No. 83.

We are grateful for your Honor's courtesies and attention to this matter.

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8585-5585/1/AMERICAS

Respectfully,

Squire Patton Boggs (US) LLP

Victor Genecin


cc:     Thomas L. Tisdale, Esq. (via ECF)
        Sean Sheely, Esq., Holland & Knight LLP (via ECF)
        H. Barry Vasios, Esq., Holland & Knight LLP (via ECF)