UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE APPLICATION OF APOSTOLOS MANGOURAS TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. 1782 | 17-mc-172(PKC)<br><br>ORDER |

-----------------------------------------------------------x

CASTEL, District Judge.

      Counsel for the Cushing Respondents shall forthwith file a redacted version of the ex parte letter of March 2, 2018. Mangouras may respond by March 8.

      SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
         March 5, 2018