60 EAST 42ND STREET, SUITE 1638
NEW YORK, NY 10165
(212) 354-0025
Fax: (212) 869-0067
TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-8-18

**MEMO ENDORSED**
March 8, 2018

*Application granted.*
*SO ORDERED*
*[signature]*
*USDJ*
*3-8-18*

*Via ECF and facsimile 212-805-7949*
Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  In re Application of Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings from Squire Patton Boggs (US) LLP and Brian Starer,

Consolidated with

In re Application of Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings from Charles Cushing and C.R. Cushing & Co.

Docket No.: 17-mc-00172
TLO File No. 0806

Honorable Sir:

We are attorneys for the Applicant in the above captioned matter. With consent of counsel for the Respondents, we are writing in regard to Your Honor's Order of March 5, 2018 (Dkt. No. 92). We are writing to respectfully request one additional day, up to and including March 9, 2018, to respond to the Respondents' redacted version of the ex parte letter of March 2, 2018.

We appreciate Your Honor's indulgence.

Respectfully,

Thomas L. Tisdale

mt

cc:   Victor Genecin
      *victor.genecin@squirepb.com*