UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE APPLICATION OF APOSTOLOS
MANGOURAS TO CONDUCT DISCOVERY FOR            17-mc-172(PKC)
USE IN A FOREIGN PROCEEDING PURSUANT
TO 28 U.S.C. 1782                                                    ORDER
-----------------------------------------------------------x

CASTEL, District Judge.

       As a follow up to the Court's Order on the in camera submission, the Court orders as follows:

Document 244.  The document shall be produced.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 16, 2018